**Steven Lee CAPITANI, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security Administration, Defendant–Appellee.**

**No. 09–57015.**

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2011.*

Filed June 17, 2011.

Mary Adele Mitchell, Esquire, Mitchell and Associates, San Diego, CA, for Plaintiff–Appellant.

Shea Lita Bond, Special Assistant U.S. Attorney, Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

_____

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Lawrence L. Piersol, Senior United States District Judge for the District of South Dakota, sitting by designation.

Before: KOZINSKI, Chief Judge, IKUTA, Circuit Judge and PIERSOL, District Judge.**

**MEMORANDUM*****

The district court did not abuse its discretion in denying Capitani's attorney's late-filed application for attorney's fees under the Equal Access to Justice Act because her reasons for missing the deadline amounted to "a garden variety claim of excusable neglect." *Irwin v. Dep't of Veterans Affairs,* 498 U.S. 89, 96, 111 S.Ct. 453, 112 L.Ed.2d 435 (1990); *see Le v. Astrue,* 529 F.3d 1200, 1201 (9th Cir.2008); *see also Modrowski v. Mote,* 322 F.3d 965, 968–69 (7th Cir.2003).

**AFFIRMED.**

_____

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.